| | |
|---|---|
| 1 | **PERKINS COIE LLP** |
| 2 | Timothy L. Alger (Bar No. 160303)<br>talger@perkinscoie.com |
| 3 | Julie E. Schwartz (Bar No. 260624)<br>jschwartz@perkinscoie.com |
| 4 | 3150 Porter Drive<br>Palo Alto, CA 94304-1212 |
| 5 | Telephone: 650.838.4300<br>Facsimile: 650.838.4350 |
| 6 | Attorneys for Defendant |
| 7 | Redbox Automated Retail, LLC |
| 8 | [Additional counsel on following page] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRANCIS JANCIK, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company; VERIZON AND REDBOX DIGITAL ENTERTAINMENT SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **No. SACV13-01387-DOC (RNBx)**<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  Additional counsel:

2  **MARLIN & SALTZMAN**
Stanley D. Saltzman, Esq. (SBN 90058)
3  Christina A. Humphrey, Esq. (SBN 226326)
Leslie H. Joyner, Esq. (SBN 262705)
4  29229 Canwood Street, Suite 208
Agoura Hills, California  91301
5  Telephone:  (818) 991-8080
Facsimile:   (818) 991-8081
6  ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
7  ljoyner@marlinsaltzman.com

8  Attorneys for Plaintiff
Francis Jancik

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# JOINT NOTICE OF SETTLEMENT

Plaintiff Francis Jancik and Defendant Redbox Automated Retail, LLC, by and through their undersigned counsel, submit this Joint Notice of Settlement.

The parties participated in a private mediation with the Honorable Edward Wallin (Ret.) on October 15, 2014, and reached a settlement of all claims. The parties request that the Court vacate all deadlines and stay the action for 60 days to allow the parties to finalize and execute the settlement documents, perform certain acts under the settlement, and file a stipulated dismissal of the action as to Defendant Redbox Automated Retail, LLC, only.

DATED: November 17, 2014     **MARLIN & SALTZMAN, LLP**

By: /s/ Stanley D. Saltzman
Stanley D. Saltzman

Attorneys for Plaintiff
Francis Jancik

DATED: November 17, 2014     **PERKINS COIE LLP**

By: /s/ Timothy L. Alger
Timothy L. Alger

Attorneys for Defendant
Redbox Automated Retail, LLC

I, Timothy Alger, hereby attest, pursuant to C.D. Cal. Local Rule 5-4.3.4, that the concurrence to the filing of this document has been obtained from each signatory hereto.

November 17, 2014     **PERKINS COIE LLP**

By: /s/ Timothy L. Alger
Timothy L. Alger

Attorneys for Defendant
Redbox Automated Retail, LLC