JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANCIS JANCIK, | CASE NO. SA CV 13-1387-DOC (RNBx) |
| Plaintiff(s), | |
| v | **ORDER DISMISSING CIVIL CASE** |
| REDBOX AUTOMATED RETAIL LLC, ET AL, | |
| Defendant(s) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **January 20, 2015**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: November 17, 2014